UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     21cv3388(DLC)
M.S.,                                    :
*individually an on behalf of his child* :        ORDER
*E.S., a minor,*                         :
                                         :
                    Plaintiff,           :
         -v-                             :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    Pursuant to this Court's May 25, 2021 Order staying this action, it is hereby

    ORDERED that the initial pretrial conference scheduled for June 25, 2021 is adjourned sine die.

Dated:  New York, New York
        June 17, 2021

                                            _____
                                                DENISE COTE
                                      United States District Judge