```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    21cv3388(DLC)
M.S., individually and on behalf of       :
his child E.S., a minor,                  :    ORDER
                                          :
                      Plaintiff,          :
          -v-                             :
                                          :
NEW YORK CITY DEPARTMENT OF EDUCATION,    :
                                          :
                      Defendant.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The defendant's answer having been served on October 28, 2021, it is hereby

ORDERED that the defendant shall provide a status report by **noon** on **November 4**.

Dated:   New York, New York
         October 28, 2021

                                   _____
                                            DENISE COTE
                                   United States District Judge